# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-00195-APG-EJY |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| VEGAS PROPERTY SERVICES, INC., et al., | |
| Defendants | |

The parties previously advised the court that they had reached a settlement and requested up to 60 days to finalize the settlement. ECF No. 53. More than 60 days have passed and the parties have not filed a stipulation to dismiss.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a joint status report by January 24, 2020.

DATED this 9th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE