# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-00195-APG-EJY |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| VEGAS PROPERTY SERVICES, INC., et al., | |
| Defendants | |

The parties previously advised the court that they had reached a settlement. ECF No. 53. On January 27, 2020, the parties advised the court that they needed an additional 30 days to finalize settlement. ECF No. 57. More than 30 days have passed, and the parties have not filed a stipulation to dismiss.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a joint status report by March 27, 2020. The failure to do so will result in dismissal of this lawsuit without further notice.

DATED this 17th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE