UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC., et al.,<br><br>    Defendants | Case No.: 2:17-cv-00195-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On March 25, 2020, the parties advised the court they anticipated that the settlement agreement would be fully executed within 30 days. ECF No. 62. The parties have not filed a stipulation of dismissal or another status report since that time.

I THEREFORE ORDER that by June 12, 2020, the parties shall file either a stipulation of dismissal or a status report.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE